United States District Court
Northern District of Indiana
Hammond Division

| | |
|---|---|
| MARCUS MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:11-CV-435 |
| ) | |
| TIMOTHY ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Magistrate Judge Paul Cherry's Report and Recommendation (DE 15) regarding Defendant Timothy Armstrong's motion to dismiss Plaintiff Marcus Mosely's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (DE 11). Judge Cherry recommends that this Court deny Defendant's motion.

No objections have been filed to Judge Cherry's Report and Recommendation. In fact, in a separate motion, Defendant has advised the Court that, in light of Judge Cherry's analysis, he has decided to abandon his motion to dismiss. (DE 17 at 2).

Accordingly, the Court **accepts** Judge Cherry's Report and Recommendation and **denies** Defendant's Motion to Dismiss (DE 11).

SO ORDERED on September 25, 2012.

   s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge