**United States District Court**
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| MARCUS MOSLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )   Civil Action No. 2:11-CV-435 JVB |
| | ) |
| TIMOTHY ARMSTRONG, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This matter is before the Court on Magistrate Judge Paul Cherry's Report and

Recommendation (DE 29) on the question of whether this Court has subject matter jurisdiction

over this case. Judge Cherry's report states that this Court does have subject matter jurisdiction

to hear this case. No objections have been filed to Judge Cherry's Report and Recommendation.

Having reviewed the report, the Court agrees with its findings. Accordingly, the Court

**accepts** Judge Cherry's Report and Recommendation and **finds** that it has subject matter

jurisdiction to hear this case.

SO ORDERED on June 21, 2013

           s/ Joseph S. Van Bokkelen
          Joseph S. Van Bokkelen
          United States District Judge